JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE NORTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>J. GASTELLO, Warden,<br><br>　　　　　Respondent. | Case No. 2:19-cv-05308-RGK-KES<br><br>**JUDGMENT** |

　　　IT IS ADJUDGED that the Petition is dismissed as an unauthorized second or successive petition.

DATED: _June 26, 2019_

　　　　　　　　　　　　　　　　*Gary Klausner*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE